THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Doug McKelvey,
Plaintiff

vs.

UNITED STATES BUREAU OF PRISONS
UNITED STATES DEPT OF JUSTICE
Defendants

2:26-cv-00117-BL-CWB

RECEIVED
2026 FEB 23 A 11: 45

COMPLAINT UNDER THE FREEDOM OF INFORMATION AND PRIVACY ACTS
5 USC 552 and 5 USC 552(a)

COMES NOW, Doug McKelvey, Plaintiff, pro se, and states the following as his cause of action:

JURISDICTIONAL STATEMENT

1. This cause of action arises under the provisions of the Freedom of Information and Privacy Acts, 5 USC 552 and 5 USC 552(a), and this Court has jurisdiction and venue in this matter by virtue of the provisions of 5 USC 552(a)(4)(B).

2. The Plaintiff is a Federal inmate housed at Federal Prison Camp (FPC) Montgomery in Montgomery, Alabama.

3. FPC Montgomery resides in the Middle District of Alabama.

4. The Defendant is a Department of the Executive Branch of the United States Government and has among its constituent agencies, the United States Bureau of Prisons, herein also named as a defendant.

5. The United States Bureau of Prisons is an agency within the meaning of the term "agency" as that term is used in the Freedom of Information and Privacy Act.

COUNT 11

1. The allegations contained in paragraphs 1 through 5 of the Jurisdictional Statement are incorporated herein as though fully set forth herein.

2. The United States Bureau of Prisons prepares and maintains a system of records regarding inmates including emails and other correspondences between the case manager, the unit team, the Case Manager Coordinator (CMC) and the Residential Reentry Manager (RRM).

3. On or about August 22, 2025, the Plaintiff did make a request in writing for all emails and correspondence between his Case Manager (Dawson-Perkins), the Unit Team Manager (Briggs), the CMC (Barnes) and the RRM for the region that Plaintiff is assigned to. Plaintiff also requested all pre-release custody and halfway house paperwork that he has signed.

4. The United States Bureau of Prisons did fail, refuse and neglect to comply with the Plaintiff's request.

5. On or about January 6, 2026, the Plaintiff elected to treat the failure of the United States Bureau of Prisons to respond to the Plaintiff's request as a denial of his request, and did file an appeal with the Office of General Counsel of the Bureau of Prisons in compliance with the provisions of 28 CFR 16.7.

6. As of February 13, 2026, the Plaintiff has not received an answer to his appeal. Twenty working days has elapsed since his appeal was received by the Defendant.

7. The Plaintiff brings this civil action for the purpose of compelling the Defendants to disclose to the Plaintiff the documents he has requested as specified in the Plaintiff's FOIA/PA request of August 22, 2025.

WHEREFORE, the Plaintiff prays an Order of the Court directing the Defendants to disclose to the Plaintiff all of the records requested in his original request, together with the costs of this action (including postage) and an allowance for reasonable attorney's and filing fees, and for such other and further relief as to the Court shall seem just and proper in the premises.

ATTESTATION
FOIA COMPLAINT

UNITED STATES DISTRICT COURT §
UNITED STATES OF AMERICA §
Middle District of Alabama §

COMES NOW Doug McKelvey, Plaintiff, pro se, in the above-titled cause of action and upon his oath does depose and state that the allegations contained in the foregoing complaint are true and correct according to his best knowledge, information and belief and that he does so state under the pains and penalties of perjury.

Dated February 15, 2026

*Doug McKelvey*

Certificate of service  I hereby certify that I have caused to be served to the U.S. District Clerk, aa copy of the foregoing document via the Montgomery Federal Prison Camp mail, which is through the United States Postal Service, located at Maxwell Air Force Base in Montgomery, Alabama, by pre-paid and first class postage.

Dated this 15th day of February, 2026.

Signed,

Doug McKelvey
62490-510
Federal Prison Camp
1001 Willow Street
Montgomery, AL 36112

Doug McKelvey
62490-510
Federal Prison Camp
1001 Willow Street
Montgomery, AL 36112

9589 0710 5270 1335 0092 15

**CERTIFIED MAIL®**



9589 0710 5270 1335 0092 15





Middle District of Alabama
Frank M. Johnson Jr Federal Courthouse Annex
One Church Street, Suite B-110
Montgomery, AL 36104

36104-40180i